IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| Darryl Steward, Jr.<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.<br><br>Defendants. | Case No.: 3:17-CV-426-JHM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Equifax Information Services, LLC, only, with prejudice and without costs to either party.

DATED: October 26, 2017

By: */s/ Jacqueline K. Heyman*
Jacqueline K. Heyman
236 Eastin Road
Lexington, KY 40504
(859) 940-4201
Attorney for Plaintiff,
Darryl Steward, Jr.

1

Case 3:17-cv-00426-CHB-DW Document 18 Filed 10/31/17 Page 2 of 2 PageID #: 87