UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**DARRYL STEWARD, JR.**,

    Plaintiff,                                       Case No. 3:17-cv-426-JHM

v.

**EXPERIAN INFORMATION SOLUTIONS**, **INC. et al.,**

    Defendants.

_____

### STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND NAVIENT SOLUTIONS, LLC ONLY, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Darryl Steward, Jr. ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian") and Navient Solutions, LLC ("Navient") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claims asserted against Experian and Navient in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/Richard P. Gabelman* | */s/ Stephen J. Miller* |
| Richard P. Gabelman | Stephen J. Miller |
| Attorney for Plaintiff | Attorney for Defendant Experian |
| 6071 Montgomery Road | 901 Lakeside Ave. |
| Cincinnati, OH 45213 | Cincinnati, OH 44114 |
| 513.348.4813 | 216.586.7250 |
| jgabelmanrich@hotmail.com | sjmiller@jonesday.com |

/s/*Brian D. Roth*
Brian D. Roth
Attorney for Defendant Navient
3850 N. Causeway Blvd. Ste. 200
Metairie, LA  70002
504.828.3700
broth@sessions.legal

### ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC, ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendants Experian Information Solutions, Inc. And Navient Solutions, LLC, only, shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

_____
U.S. District Court Judge