UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARRYL STEWARD, JR., | ) |
| Plaintiff, | ) Civil Action No. 3:17-CV-426-CHB |
| v. | ) **ORDER OF DISMISSAL OF** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) **DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC, WITH PREJUDICE** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on plaintiff's Stipulation and Order for Dismissal of Defendants Experian Information Solutions, Inc. and Navient Solutions, LLC Only, with Prejudice [R. 49]. This stipulation purports to dismiss all the remaining defendants in this matter. Having reviewed the Stipulation, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Darryl Steward, Jr.'s, claims against defendants Experian Information Solutions, Inc., and Navient Solutions, LLC, are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

2. All dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

November 16, 2018

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

cc:   Counsel of Record

- 1 -